UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

In re: Texaco, Inc., et al.,

                Reorganized Debtors.

------------------------------------------------------------------

Texaco, Inc.; Chevron U.S.A. Holdings, Inc.

    Appellants.

           -against-

Louisiana Department of Energy and Natural
Resources; Parish of Cameron; Parish of
Jefferson; Parish of Plaquemines; Parish of St.
Bernard; Parish of St. John the Baptist; Parish of
Vermillion,

                    Appellees.

------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2026

Docket No.: 7:25-cv-02303 – NSR

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), the parties hereby stipulate to the voluntary dismissal of this appeal without prejudice with each of the parties bearing its own costs.

*[Remainder of page intentionally left blank]*

SO ORDERED:

Dated: May 22, 2026
White Plains, NY

NELSON S. ROMÁN
United States District Judge

Dated May 19, 2026

Victor L. Marcello
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
(225) 400-9991
Victor L. Marcello (admitted *pro hac vice*)

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Ian R. Winters
Brendan M. Scott

HELLER, DRAPER & HORN, L.L.C.
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300
Douglas S. Draper (admitted *pro hac vice*)

*Attorneys for the Parishes of Jefferson,
Plaquemines, St. Bernard, Cameron,
Vermillion, and St. John the Baptist*

LOUISIANA DEPARTMENT OF
ENERGY AND NATURAL RESOURCES
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 342-4274
J. Blake Canfield (admitted pro *hac vice*)

*Attorneys for Louisiana Department of
Energy and Natural Resources*

Heather Lennox
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
hlennox@jonesday.com
nmorin@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614-281-3822
Facsimile: 614-461-4198
mccorcoran@jonesday.com

*Attorneys for Reorganized Texaco Inc. and
Its Affiliates*

Dated May 19, 2026

Victor L. Marcello
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
(225) 400-9991
Victor L. Marcello (admitted *pro hac vice*)

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Ian R. Winters
Brendan M. Scott

HELLER, DRAPER & HORN, L.L.C.
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300
Douglas S. Draper (admitted *pro hac vice*)

*Attorneys for the Parishes of Jefferson,
Plaquemines, St. Bernard, Cameron,
Vermillion, and St. John the Baptist*

LOUISIANA DEPARTMENT OF
ENERGY AND NATURAL RESOURCES
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 342-4274
J. Blake Canfield (admitted pro *hac vice*)

*Attorneys for Louisiana Department of
Energy and Natural Resources*

Heather Lennox
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
hlennox@jonesday.com
nmorin@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614-281-3822
Facsimile: 614-461-4198
mccorcoran@jonesday.com

*Attorneys for Reorganized Texaco Inc. and
Its Affiliates*

Dated April 7, 2026

Victor L. Marcello
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
(225) 400-9991
Victor L. Marcello (admitted *pro hac vice*)

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Ian R. Winters
Brendan M. Scott

HELLER, DRAPER & HORN, L.L.C.
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300
Douglas S. Draper (admitted *pro hac vice*)

*Attorneys for the Parishes of Jefferson,*
*Plaquemines, St. Bernard, Cameron,*
*Vermillion, and St. John the Baptist*

LOUISIANA DEPARTMENT OF
ENERGY AND NATURAL RESOURCES
617 North Third Street
Baton Rouge, Louisiana 70802
(225) 342-4274
J. Blake Canfield (admitted pro *hac vice*)

*Attorneys for Louisiana Department of*
*Energy and Natural Resources*

Heather Lennox
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212-326-3939
Facsimile: 212-755-7306
hlennox@jonesday.com
nmorin@jonesday.com

Matthew C. Corcoran (admitted *pro hac vice*)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: 614-281-3822
Facsimile: 614-461-4198
mccorcoran@jonesday.com

*Attorneys for Reorganized Texaco Inc. and*
*Its Affiliates*